LODGED
AUG 0 4 2004
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 0 5 2004
at 8 o'clock and 10 min. A. M.
WALTER A. Y. H. CHINN, CLERK

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney

KRISTIN L. COCCARO #8061
Special Assistant U.S. Attorney
15 ABW/JAL
120 Sixth Street
Hickam AFB, Hawaii 96853-5336
Telephone No. 449-1737, Ext 234
Facsimile No. 449-8614
Email: Kristin.coccaro@hickam.af.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>   Plaintiff,   )<br>   )<br>   vs.   )<br>   )<br>Emily O. Bray,   )<br>   )<br>   Defendant.   )<br>_____) | CR. NO.: 02-00481<br><br>ORDER FOR DISMISSAL<br>WITHOUT PREJUDICE |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the court endorsed hereon, the United States Attorney for the district of Hawaii hereby dismisses,

without prejudice, the information against Emily O. Bray, the defendant.

DATED: Honolulu, Hawaii, August _____, 2004.

_____
KRISTIN L. COCCARO
Special Assistant. U.S. Attorney
District of Hawaii

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

U.S. v. Bray
CR. NO.: 02-00481
Order For Dismissal